1   LAWRENCE K. ROCKWELL, #72410
    ERIC W. DONEY, #76260
2   JULIE E. HOFER, #152185
    DONAHUE GALLAGHER WOODS LLP
3   Attorneys at Law
    300 Lakeside Drive, Suite 1900
4   Oakland, California 94612-3570
    Telephone:    (510) 451-0544
5   Facsimile:    (510) 832-1486
    Email: julie@donahue.com
6
    Attorneys for Plaintiff
7   AUTODESK, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AUTODESK, INC., a Delaware          CASE NO.  C07-00848 JW
    corporation;
12                                      STIPULATION TO EXTEND TIME FOR
                    Plaintiff,          DEFENDANT FLORIDA BENCHMARK,
13                                      INC. TO RESPOND TO COMPLAINT
            v.
14
    FLORIDA BENCHMARK, INC., a Florida
15  corporation,

16                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1       WHEREAS, counsel for plaintiff Autodesk, Inc. ("Autodesk") and defendant Florida

2   Benchmark, Inc. ("Florida Benchmark") have conferred regarding the complaint filed by

3   Autodesk;

4       WHEREAS, Autodesk and Florida Benchmark have agreed to an extension of time for

5   Florida Benchmark to answer or otherwise respond to the complaint, which would extend the

6   deadline for doing so from March 5, 2007 to March 21, 2007.

7       The parties hereby stipulate that the new deadline by which Florida Benchmark may plead

8   or otherwise respond to the complaint is March 21, 2007.

9       IT IS SO STIPULATED.

10  Dated: March 23, 2007              DONAHUE GALLAGHER WOODS LLP

11

12                                     By: _____

13                                     Julie E. Hofer
                                       Attorneys for Plaintiff
14                                     AUTODESK, INC.

15  Dated: March 21, 2007             LAW OFFICES OF LUKE LIROT, P.A.

16

17                                     By: _____

18                                     Luke Lirot
                                       Attorneys for Defendant
19                                     FLORIDA BENCHMARK, INC.

20

21                      IT IS SO ORDERED

22  Defendant Florida Benchmark Inc. shall have until 3/30/2007 to respond to the Complaint.

23

24  Date: 3/26/2007

25                                     UNITED STATES DISTRICT JUDGE

26

27

28

-1-