1  LAWRENCE K. ROCKWELL, #72410
   ERIC W. DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com

6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | AUTODESK, INC., a Delaware          CASE NO. C07-00848 JW
   | corporation;
13 |                                     STIPULATED REQUEST TO CONTINUE
   |              Plaintiff,             CASE MANAGEMENT CONFERENCE;
14 |                                     [PROPOSED] ORDER
   |     v.
15 |                                     [CIVIL LOCAL RULES 6-2 AND 16-2(E)]
   | FLORIDA BENCHMARK, INC., a Florida
16 | corporation,                        Current CMC Date:     May 21, 2007
   |                                     Requested Date:       July 23, 2007
17 |              Defendant.              Time:                 10:00 a.m.
   |                                     Location:        Courtroom 8, 4th Floor
18 |                                     Judge:              Hon. James Ware

---

STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER          CASE NO. C07-00848 JW

Pursuant to Civil L.R. 6-2 and Civil L.R. 16-2(e), plaintiff Autodesk, Inc. ("Autodesk"), by and through its counsel Julie E. Hofer of Donahue Gallagher Woods LLP, and defendant Florida Benchmark, Inc. ("Defendant"), by and through its counsel Luke Lirot, hereby stipulate, agree and request that the Case Management Conference currently scheduled for May 21, 2007 be postponed until July 23, 2007 at 10:00 a.m., and that all related dates be adjusted accordingly.

Autodesk and Defendant are engaged in settlement discussions that should result in resolution of this matter before the requested date, eliminating the need for the Case Management Conference, as well as any additional items on the Court's calendar.

This Stipulation is supported by the Declaration of Julie E. Hofer submitted concurrently herewith.

IT IS SO STIPULATED.

Dated: May 11, 2007

DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie Hofer
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: May 15, 2007

LAW OFFICES OF LUKE LIROT, P.A.

By: [signature]
Luke Lirot
Attorneys for Defendant
FLORIDA BENCHMARK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____May 17_____, 2007

[signature]
Hon. James Ware
United States District Court Judge

-1-