IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Autodesk, Inc., | NO. C 07-00848 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Florida Benchmark, Inc., | |
| Defendant. | |

On August 30, 2007, Plaintiff informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 13.) In light of the settlement, the Court vacates all trial and pretrial dates. Although parties want this case to remain open until June 2008 when they will have met the obligations of their settlement, the Court's practice is to clear its docket once a case is settled. Accordingly, on or before **November 5, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 19, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **November 5, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  September 5, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric W. Doney eric@donahue.com
Julie E. Hofer julie@donahue.com
Lawrence Kevin Rockwell larry@donahue.com

**Dated:  September 5, 2007**                                     **Richard W. Wieking, Clerk**

                                                                                  **By:      /s/ JW Chambers            **
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**