LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA BENCHMARK, INC., a Florida corporation,<br><br>Defendant. | CASE NO. C07-00848 JW<br><br>**STIPULATION; ORDER OF DISMISSAL; <u>RETENTION OF JURISDICTION</u>** |

1 | The parties to this action, by and through their respective counsel signing below, hereby
2 | stipulate to the following:
3 |     1.    Florida Benchmark, Inc., ("Defendant") and its officers, principals, agents,
4 | servants and employees, and all other persons affiliated with Defendant, shall not, anywhere in
5 | the United States, unlawfully copy, reproduce, manufacture, duplicate, disseminate, distribute, or
6 | use any unauthorized copies of copyrighted computer software products of Plaintiff that are the
7 | subject of this proceeding including, but not limited to:
8 |         a.    Autodesk software; and
9 |         b.    any corresponding reference manuals and documentation relating to the
10 | software products identified in Section 1(a).
11 |     2.    The remaining claims for relief in this action have been settled with certain
12 | additional obligations to be performed by the parties pursuant to the settlement. Further, the
13 | parties agree that this Court is to retain complete jurisdiction over the settlement of the action.
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  The remaining action is hereby dismissed without prejudice provided, however, that this
2  Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to
3  enforce performance of the terms of the parties' settlement agreement, and the parties to this
4  action consent to the jurisdiction of the Court for said purposes.

DONAHUE GALLAGHER WOODS LLP

Dated: _____     By: _____
                                     Julie E. Hofer
                                     Attorneys for Plaintiff
                                     AUTODESK, INC.

FLORIDA BENCHMARK, INC.

Dated: 8-30-07     By: *Marcel G. Mayer* (signature)
                       Marcel G. Mayer
                       President

KRUK & DOUGH, INC.

Dated: _____     By: _____
                                     Grayden Dough, Esq.
                                     Attorney for Defendant
                                     FLORIDA BENCHMARK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

                                 By: _____
                                     U.S. District Judge

| | |
|---|---|
| 1 | The remaining action is hereby dismissed without prejudice provided, however, that this |
| 2 | Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to |
| 3 | enforce performance of the terms of the parties' settlement agreement, and the parties to this |
| 4 | action consent to the jurisdiction of the Court for said purposes. |

Dated: 10/31/07

DONAHUE GALLAGHER WOODS LLP

By: *(signature)*
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

FLORIDA BENCHMARK, INC.

Dated: _____

By: _____
Marcel G. Mayer
President

KRUK & DOUGH, INC.

Dated: 9/5/07

By: *(signature)*
Grayden Dough, Esq.
Attorney for Defendant
FLORIDA BENCHMARK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED
All previously scheduled hearing dates and deadlines are terminated before the Court.
The Clerk shall close the file.

Dated: November 5, 2007

By: *(signature)* James Ware
U.S. District Judge