| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
| | ERIC DONEY, #76260 |
| 2 | JULIE E. HOFER, #152185 |
| | DONAHUE GALLAGHER WOODS LLP |
| 3 | Attorneys at Law |
| | 300 Lakeside Drive, Suite 1900 |
| 4 | Oakland, California 94612-3570 |
| | Telephone: (510) 451-0544 |
| 5 | Facsimile: (510) 832-1486 |
| | E-mail: julie@donahue.com |

IT IS SO ORDERED
*James Ware*
Judge James Ware

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation; | CASE NO. C07-00848 JW |
| Plaintiff, | **STIPULATION TO ENTRY OF JUDGMENT; JUDGMENT** |
| v. | |
| FLORIDA BENCHMARK, INC., a Florida corporation; | |
| Defendant. | |

The parties to this action, by and through their respective counsel or officers signing below, hereby stipulate to the following:

1. Judgment on the above-entitled action shall be entered in favor of Plaintiff Autodesk, Inc. ("Autodesk") and against Florida Benchmark, Inc. ("Defendant") in the principal amount of One Hundred Fifty Thousand Dollars ($150,000), with interest thereon to accrue on the unpaid balance at the rate of seven percent (7%) per annum from August 30, 2007 to the date of Entry of Judgment.

2. Defendant and its respective agents, servants, and employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendant shall hereby be and are enjoined and restrained from:

    a. Copying, reproducing, manufacturing, offering for sale, lease, or rental, transferring, duplicating, disseminating, distributing, using, or loading any unauthorized copies of copyrighted computer software products of Autodesk, and

    b. Otherwise infringing any of Autodesk's copyrights.

Dated: August __, 2007    DONAHUE GALLAGHER WOODS LLP

By:_____
    Julie E. Hofer
    Attorneys for Plaintiff
    AUTODESK, INC.

Dated: August __, 2007    FLORIDA BENCHMARK, INC.

By: *(signed)* Marcel G Mayer
    Marcel G. Mayer
    President

KRUK & DOUGH, INC.

Dated: August __, 2007

By:_____
    Grayden Dough, Esq.
    Attorney for Defendant
    FLORIDA BENCHMARK, INC.

| | |
|---|---|
| 1 | The parties to this action, by and through their respective counsel or officers signing |
| 2 | below, hereby stipulate to the following: |
| 3 |     1. Judgment on the above-entitled action shall be entered in favor of Plaintiff |
| 4 | Autodesk, Inc. ("Autodesk") and against Florida Benchmark, Inc. ("Defendant") in the principal |
| 5 | amount of One Hundred Fifty Thousand Dollars ($150,000), with interest thereon to accrue on the |
| 6 | unpaid balance at the rate of seven percent (7%) per annum from August 30, 2007 to the date of |
| 7 | Entry of Judgment. |
| 8 |     2. Defendant and its respective agents, servants, and employees, successors |
| 9 | and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with |
| 10 | Defendant shall hereby be and are enjoined and restrained from: |
| 11 |     a. Copying, reproducing, manufacturing, offering for sale, lease, or |
| 12 | rental, transferring, duplicating, disseminating, distributing, using, or loading any unauthorized |
| 13 | copies of copyrighted computer software products of Autodesk, and |
| 14 |     b. Otherwise infringing any of Autodesk's copyrights. |

Dated: January 28, 2008 ~~August __, 2007~~

DONAHUE GALLAGHER WOODS LLP

By: *(signature)*
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: August __, 2007

FLORIDA BENCHMARK, INC.

By: _____
Marcel G. Mayer
President

Dated: September 5, ~~August __,~~ 2007

KRUK & DOUGH, INC.

By: *(signature)*
Grayden Dough, Esq.
Attorney for Defendant
FLORIDA BENCHMARK, INC.

---

STIPULATION TO ENTRY OF JUDGMENT; JUDGMENT      CASE NO. C07-00848 JW

# JUDGMENT

The Court having read the above Stipulation of the parties for entry of judgment herein, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Judgment on the above-entitled action is hereby be entered in favor of Plaintiff Autodesk, Inc. ("Autodesk") and against Florida Benchmark, Inc. ("Defendant") in the principal amount of One Hundred Fifty Thousand Dollars ($150,000), with interest thereon in the amount of **$4,375.00.**

2. Defendant and its respective agents, servants, and employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendant are enjoined and restrained from:

    a. Copying, reproducing, manufacturing, offering for sale, lease, or rental, transferring, duplicating, disseminating, distributing, using, or loading any unauthorized copies of copyrighted computer software products of Autodesk, and

    b. Otherwise infringing any of Autodesk's copyrights.

The Clerk shall close this file.

Dated: January 31, 2008

By: */s/ James Ware*
JAMES WARE
United States District Judge